AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

OSCAR LOPEZ,
also known as EDDIE MORALES SANDOVAL

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 02- 00032-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 26, 2001** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution for a crime which is a felony under the laws of Massachusetts, to wit, murder,

in violation of Title **18** United States Code, Section(s) **1073**.

I further state that I am a(n) **Special Agent, FBI** and that this complaint is based on the following facts:
Official Title

See Affidavit of Charles Kelly, submitted herewith.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Charles P. Kelly, Special Agent, FBI
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 5, 2002 at Boston, Massachusetts
Date                                          City and State

Lawrence P. Cohen, U.S. Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Charles P. Kelly do hereby depose and state as follows:

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI) and am currently assigned to the Violent Fugitive Task Force of the Boston Field Division.

2.  The Middlesex District Attorney's Office has requested the assistance of the FBI in locating and apprehending OSCAR LOPEZ, also known as EDDIE MORALES SANDOVAL ("LOPEZ"). A copy of a memorandum dated January 30, 2002, from Peter J. Sennott, Trooper, Massachusetts State Police (MSP), to me is attached hereto as Exhibit A. The facts stated herein are based on information contained therein, facts communicated to me by the Middlesex District Attorney's Office, and court records.

3.  LOPEZ is wanted on a warrant issued by the Waltham District Court in connection with Criminal Complaint No. 0151CR002743. A copy of the complaint is attached hereto as Exhibit B. As set forth in the complaint, LOPEZ is charged with murder, in violation of Mass. Gen. Laws, ch. 265, § 1, which is a felony punishable by a maximum penalty of life imprisonment.

4.  According to the MSP, LOPEZ is accused of murdering his common law wife on November 26, 2001, in Waltham, Massachusetts. He was last seen in Waltham late in the evening of that date. Sources in the Guatemalan community have reported to the MSP that LOPEZ fled to Guatemala. A relative stated that he saw LOPEZ at

the victim's funeral, which was held in Guatemala. According to a communication from MSP to Interpol, LOPEZ is a Guatemalan citizen. An inquiry to the U.S. Border Control, Immigration and Naturalization Service indicates that MORALES-SANDOVAL was born in Escuintla, Guatemala.

5. The Middlesex District Attorney's office has stated that it will take steps to extradite or rendite LOPEZ if he is apprehended outside of the Commonwealth of Massachusetts.

6. Based on the foregoing, I have probable cause to believe that OSCAR LOPEZ, also known as EDDIE MORALES SANDOVAL, has moved and traveled in interstate and foreign commerce with intent to avoid prosecution under the laws of Massachusetts for the crime of murder.

I hereby certify that the foregoing is true and correct. Executed at Boston, Massachusetts this 2 day of February, 2002.

CHARLES P. KELLY
Special Agent, Federal
Bureau of Investigation

Subscribed and sworn to before me this 3rd day of February, 2002.

LAWRENCE P. COHEN
U.S. Magistrate Judge

# The Commonwealth of Massachusetts
## Department of State Police

**JANE SWIFT**
**GOVERNOR**

**JAMES P. JAJUGA**
**SECRETARY**

**COLONEL THOMAS J. FOLEY**
**SUPERINTENDENT**

January 30, 2002
Cambridge Massachusetts
2002-110-0267

TO:  SPECIAL AGENT CHARLES KELLEY
     FEDERAL BUREAU OF INVESTIGATION
     BOSTON, MASSACHUSETTS

FROM:  PETER J. SENNOTT, TROOPER
       MIDDLESEX DISTRICT ATTORNEY'S OFFICE
       MASSACHUSETTS STATE POLICE

SUBJECT:  HOMICIDE OF ROSA ALARCON

1. Enclosed are documents, photographs, and fingerprints of OSCAR LOPEZ, DOB 11-23-74. LOPEZ is also known as EDDIE MORALES SANDOVAL, and a combination of several other names.

LOPEZ is wanted for the murder of his girl friend (common law wife) ROSA ALARCON, in Waltham, Massachusetts on November 26, 2001. Waltham Police discovered Alarcon's body inside Lopez's apartment on November 27, 2001. She had been stabbed multiple times, and the knife left in her throat.

LOPEZ was last seen in Waltham, Massachusetts in the late evening hours on November 26, 2001. He had his hair cut just prior to this sighting.

2. The local Guatemalan community in Waltham has indicated to authorities that LOPEZ fled back to Guatemala. They also indicated that LOPEZ had relatives in Florida. LOPEZ was subsequently identified as "EDDIE MORALES SANDOVAL", by community members and then his mother.

Alarcon's body was returned to Guatemala for burial. During services, an uncle stated that he saw LOPEZ at the cemetery in a dark colored motor vehicle. Possible local addresses and names are contained in the enclosed documents.

3. This office has contacted INTERPOL for assistance. The case number is 20011215866/LAB. The case officer is Larry Ball.

*Excellence In Service Through Quality Policing*

4.      Any assistance you can provide would be appreciated. This officer can be reached at the following numbers

OFFICE   617-679-6600
PAGER    617-339-9889
CELL     617-908-9774

Respectfully submitted,

Peter J. Sennott
Trooper
Massachusetts State Police

EXHIBIT "B"
# Criminal Complaint

**Trial Court of Massachusetts — Waltham District Court**

Complaint No. 0151CR002743

**DEFENDANT:** MORALES SANDOVAL, EDDIE
LKA 703 MOODY ST.
APT. 5
WALTHAM, MA 02154

(AKA Exists) Oscar Lopez

| Date of Birth | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|
| 11/23/1974 | M | W | 5'08" | 145 | BRO | BLK |

**Incident Report #:** 1040512
**Social Security #:** - -
**Date of Offense:** 11/27/2001
**Place of Offense:** WALTHAM
**Complainant:** FOURNIER, STEVEN
**Police Department:** WALTHAM PD
**Date of Complaint:** 12/07/2001
**Return Date and Time:** WARRANT

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE WALTHAM DISTRICT COURT

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

**COUNT-OFFENSE**

1. 265/1 MURDER c265 §1

on 11/27/2001 did assault and beat ROSA ALARCON LIMA, with intent to murder such person, and by such assault and beating did kill and murder such person, in violation of G.L. c.265, §1. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION; must submit a DNA sample within 90 days of conviction pursuant to G.L. c.22E, §3.)

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

COMPLAINANT: X [signature]
SWORN TO BEFORE CLERK-MAGISTRATE: X [signature Denise Rippen]
ON (DATE): 12-7-01
TOTAL COUNT: 1

FIRST JUSTICE: Hon. GREGORY FLYNN
A TRUE COPY — CLERK/MAGISTRATE/ASST. CLERK
ON (DATE):
COURT ADDRESS: Waltham District Court, 38 Linden Street, Waltham, MA 02154

JS 45 (1/96) (Revised U.S.D.C. MA 8/27/96)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

Place of Offense     Category No. _II_     Investigating Agency __FBI__

City    Waltham     Related Case Information:

County _Middlesex_     Superseding Indictment _____ Docket No. _____
Original Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number) _____
R 20/ R 40 from District of _____

Defendant Information:
Defendant Name    _Oscar Lopez_     Juvenile: _____ Yes _X_ No
Alias Name    _Eddie Morales Sandoval_

Address __last known: 703 Moody Street, # 5, Waltham, MA 02154__

Birthdate _11/23/74_ SS # _____ Sex__ Race _____ Nationality _Guatemalan_

Defense Counsel if known: _____
Address: _____

U.S. Attorney Information:    _Jeanne M. Kempthorne_     Phone No. __(617) 748-3144__

Address: _____ Bar No. _267410_     Interpreter:    No ☐ Yes

List Language and/or dialect: _____ Matter to be SEALED:    No ■ Yes

■ Warrant Requested     Regular Process     ☐ In Custody

Arrest Date _____

☐ In Federal Custody as of _____ in _____

☐ In State Custody at _____

☐ Serving Sentence ☐ Awaiting Trial ☐ On Pretrial Release

Offenses Charged:    ☐ Complaint    ☐ Information    Indictment

Total # of Counts:    ☐ Petty____ ☐ Misdemeanor____ ■ Felony _1_

Date: _2/5/02_ Signature of AUSA: _Jeanne M. Kempthorne_
Continue on Page 2 for Entry of U.S.C. Citations

(Revised U.S.D.C. MA 8/27/96) Page 2 of 2