UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate Judge No. 02-MJ-00032 |
| ) | |
| OSCAR LOPEZ ) | |
| a.k.a. EDDIE MORALES SANDOVAL ) | |

STATUS REPORT OF UFAP COMPLAINT
AND MOTION TO REQUEST COMPLAINT REMAIN OPEN

The United States, by and through United States Attorney, Michael J. Sullivan, pursuant to Rule 47, Federal Rules of Criminal Procedure, requests that the outstanding criminal complaint charging Unlawful Flight To Avoid Prosecution in violation of Title 18, United States Code, Section 1073, remain open for the reason that the defendant has not been apprehended and for the reason that prosecution for this federal violation is in the interests of justice.

Respectfully submitted this 23rd day of March, 2005.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James B. Farmer
JAMES B. FARMER
Deputy First Assistant
United States Attorney and
Criminal Chief

DIANE FRENIERE
Assistant U.S. Attorney

Leave To File Granted,
This _____ day of March, 2005.

_____
CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE